UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07CR2604-BTM |
| Plaintiff, | |
| v. | **ORDER CONTINUING STATUS HEARING RE: TRANSFER OF JURISDICTION OF SUPERVISED RELEASE** |
| KRISTOPHER ANTHONY BRUNO, | |
| Defendant. | |

GOOD CAUSE APPEARING AND PREVIOUS MOTION HAVING BEEN MADE, IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for Friday, October 9, 2009 at 2:00 p.m. be continued to Friday, October 23, 2009 at 2:00 p.m.

SO ORDERED.

DATED: October 2, 2009

*(signature)*
Honorable Barry Ted Moskowitz
United States District Judge